IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:  Cedric Dwight Johnson<br>5222 Charnwick Ct<br>Houston, TX  77069<br><br>DEBTOR | CHAPTER 13<br><br>CASE NO. 20-34908-H1 |

NOTICE OF TRUSTEE'S
INTENT TO PAY CLAIMS

    Comes now the standing Chapter 13 Trustee who would show the Court that he has examined the proofs of claim.  After such examination, the Trustee states that claims should be deemed allowed, or 'not filed' as indicated below.

    IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING AND YOU MUST RESPOND SPECIFICALLY TO EACH PARAGRAPH OF THIS PLEADING.  YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN 21 DAYS FROM THE DATE YOU WERE SERVED AND GIVE A COPY TO THE PERSON WHO SENT YOU THE NOTICE;  OTHERWISE THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT RELIEF.

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| Cedric Dwight Johnson<br>5222 Charnwick Ct<br>Houston, TX  77069 | $0.00 | DEBTOR REFUND |
| ATTORNEY GENERAL OF TEXAS<br>TEXAS STATE DISBURSEMENT UNIT<br>PO BOX 659791<br>SAN ANTONIO, TX  78224 | $6,900.58 | PRIORITY CREDITOR<br>ACCT:  1001<br>COMM:  DSO: TAMYKA L. BROWN |
| TEXAS WORKFORCE COMMISSION<br>REGULATORY INTEGRITY DIVISION<br>ATTN: RICK DIAZ<br>101 E 15TH STREET RM 556<br>AUSTIN, TX  78778-0001 | $708.66 | SECURED CREDITOR<br>ACCT:  0026<br>COMM:  UNEMPLOYMENT TAXES |
| BURGER LAW FIRM<br>JOHN V. BURGER<br>4151 SOUTHWEST FRWY #680<br>HOUSTON, TX  77027 | $2,255.00 | ATTORNEY FEES<br><br>COMM:  ATTY FEES PER PLAN - FFA S/O 10/8/20 |
| CREDIT COLLECTION SERVICES<br>PO BOX 9126<br>BOSTON, MA  02205-9126 | $0.00 | PARTY REQUESTING NOTICE<br><br>COMM:  NOTICE ONLY |

CASE NO.  20-34908-H1   Cedric Dwight Johnson

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| NATIONAL AUTO LENDERS, INC<br>14645 NW 77TH AVENUE SUITE 203<br>MIAMI LAKES, FL  33014 | $19,850.47 | WITHDRAWN<br>ACCT: 1317<br>COMM:  AUTO DEF BALANCE-2006 PORSCHE CAYENNE-OBJ; DKT #35-W/D DKT #39 |
| RFALLIN SERIES LLC 4<br>9545 KATY FRWY, STE 450<br>HOUSTON, TX  77024 | Claim Filed. Ongoing amount subject to change | ON-GOING MORTGAGE (THRU PLAN)<br>ACCT: 1317<br>COMM:  11/20-10/25 |
| RFALLIN SERIES LLC 4<br>9545 KATY FRWY, STE 450<br>HOUSTON, TX  77024 | $47,585.68 | MTG-PREPETITION ARREARS<br>ACCT: 1317<br>COMM:  5222 CHARNWICK CT-AMD 11/10/20 |
| PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK, VA  23541 | $10,319.22 | MOTOR VEHICLE (POST 10/17/05)<br>ACCT: 1317<br>COMM:  2013 BMW 328 (PAY CLAIM) |
| BRAZORIA COUNTY<br>RO'VIN GARRETT TAX A/C<br>111 E LOCUST, #100A<br>ANGLETON, TX  77515-4682 | $225.00 | SECURED CREDITOR<br><br>COMM:  MINERAL RIGHT INTERESTS-(NO POC/PAY PER PLAN) |
| CITY OF TOMBALL<br>1235 NORTH LOOP WEST<br>SUITE 600<br>HOUSTON, TX  77008 | $4.67 | SECURED CREDITOR<br>ACCT:  0 URICH RD<br>COMM:  2020 TAXES |
| HARRIS COUNTY ET AL<br>PO BOX 3547<br>HOUSTON, TX  77253-3547 | $2,318.41 | SECURED CREDITOR<br>ACCT:  0027<br>COMM:  5222 CHARNWICK CT, HOUSTON TX 77069 |
| DAYTON ISD<br>209 W HWY 90<br>DAYTON, TX  77535 | $2,500.00 | SECURED CREDITOR<br>ACCT:  EAST OF FM 686<br>COMM:  TAXES (NO POC/PAY PER PLAN) |
| HARRIS CTY<br>PO BOX 3547<br>HOUSTON, TX  77002 | $60.00 | SECURED CREDITOR<br>ACCT:  O ULRICH RD<br>COMM:  PER AMENDED PLAN FILED 12/4 -(NO POC/PAY PER PLAN) |

CASE NO.  20-34908-H1   Cedric Dwight Johnson

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| HEATHERLOCH MUNICIPAL UTILITY DISTRICT<br>PO BOX 1368<br>FRIENDSWOOF, TX  77549 | $6,883.72 | SECURED CREDITOR<br>ACCT:  5222 CHARNWICK CT<br>COMM:  2017-20 TAXES |
| KLEIN ISD<br>1235 NORTH LOOP WEST   SUITE 600<br>HOUSTON, TX  77008 | $27,182.43 | SECURED CREDITOR<br>ACCT:  5222 CHARNWICK CT<br>COMM:  2016-20 TAXES |
| LIBERTY COUNTY<br>PO BOX 1810<br>LIBERTY, TX  77575 | $850.00 | SECURED CREDITOR<br>ACCT:  EAST OF FM 686<br>COMM:  TAXES (NO POC/PAY PER PLAN) |
| SUCCESS AUTO<br>6501 BELLFORT<br>HOUSTON, TX  77087 | $1,000.00 | MOTOR VEHICLE (POST 10/17/05)<br>COMM:  1998 CHEVY 3500 SILVERADO-FILED LATE-PAY PER PLAN-SEE CLM #61 |
| TOMBALL ISD<br>PO BOX 276<br>TOMBALL, TX  77377-0276 | $71.90 | SECURED CREDITOR<br>ACCT:  O ULRICH RD<br>COMM:  2017-19 TAXES |
| INTERNAL REVENUE SERVICE***<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $15,974.17 | PRIORITY CREDITOR<br>ACCT:  1317<br>COMM:  2015-19 TAXES |
| AD ASTRA REC<br>8918 W 21ST ST SUITE 200 MAIL BOX 112<br>WICHITA, KS  67205 | $0.00 | NOT FILED |
| AMSHEER COLLECTION SERVICE<br>600 BEACON PARKWAY WEST #300<br>BIRMINGHAM, AL  35209 | $0.00 | NOT FILED |
| CENTERPOINT ENERGY<br>PO BOX 1700<br>HOUSTON, TX  77251 | $0.00 | NOT FILED |
| CHEXSYSTEMS<br>7805 HUDSON ROAD SUITE 100<br>WOODBURY, MN  55125 | $0.00 | PARTY REQUESTING NOTICE<br>COMM:  NOTICE ONLY |
| HARRIS COUNTY<br>PO BOX 4622<br>HOUSTON, TX  77210 | $0.00 | NOT FILED |

CASE NO.  20-34908-H1   Cedric Dwight Johnson

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| INTERNAL REVENUE SERVICE***<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $21,624.93 | UNSECURED CREDITOR<br>ACCT:  1317<br>COMM:  2010-11 TAXES, PENALTY & INTEREST |
| KLEIN ISD<br>7200 SPRING CYPRESS ROAD<br>KLEIN, TX  77379 | $0.00 | NOT FILED |
| USDOE/GLELSI<br>ATTN BANKRUPTCY<br>PO BOX 7860<br>MADISON, WI  53707 | $0.00 | NOT FILED<br>ACCT:  8581 |
| AT & T<br>PO BOX 78522<br>PHOENIX, AZ  85062-8522 | $0.00 | PARTY REQUESTING NOTICE<br>COMM:  NOTICE ONLY |
| CARTER - YOUNG<br>882 N MAIN ST, STE 120<br>CONVERS, GA, TX  30012 | $0.00 | PARTY REQUESTING NOTICE<br>COMM:  NOTICE ONLY |
| DENNIS ALBRIGHT ESQ<br>c/o ALBRIGHT & LUMPKIN PC<br>13419 HOLLY PARK DR<br>HOUSTON, TX  77015 | $0.00 | PARTY REQUESTING NOTICE<br>COMM:  NOTICE ONLY |
| EQUIFAX INFORMATION SERVICES<br>PO BOX 740256<br>ATLANTA, GA  30374 | $0.00 | PARTY REQUESTING NOTICE<br>COMM:  NOTICE ONLY |
| EXPERIAN<br>PO BOX 2002<br>ALLEN, TX  75013 | $0.00 | PARTY REQUESTING NOTICE<br>COMM:  NOTICE ONLY |
| JOHN P DILLMAN/T GRUNDEMEIER<br>LINEBARGER,GOGGAN BLAIR ET AL<br>PO BOX 3064<br>HOUSTON, TX  77253-3064 | $0.00 | PARTY REQUESTING NOTICE<br>COMM:  NOTICE ONLY |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT,L.L.P.<br>1235 NORTH LOOP WEST, SUITE 600<br>HOUSTON, TX  77008 | $0.00 | PARTY REQUESTING NOTICE<br>COMM:  NOTICE ONLY |

CASE NO.  20-34908-H1   Cedric Dwight Johnson

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| PINNACLE CREDIT SERVICE<br>PO BOX 649<br>HOPKINS, MN  55343-0649 | $0.00 | PARTY REQUESTING NOTICE<br>COMM:  NOTICE ONLY |
| PINNACLE CREDIT SERVICES<br>7900 HWY 7 #100<br>SAINT LOUIS PARK, MN  55426 | $0.00 | PARTY REQUESTING NOTICE<br>COMM:  NOTICE ONLY |
| PRIMEWAY FEDERAL CREDIT UNION<br>PO BOX 53088<br>HOUSTON, TX  77052 | $0.00 | PARTY REQUESTING NOTICE<br>COMM:  NOTICE ONLY |
| RESURGENT CAPITAL<br>15 SOUTH MAIN ST<br>STE 700<br>GREENVILLE, SC  29601-2709 | $0.00 | PARTY REQUESTING NOTICE<br>COMM:  NOTICE ONLY |
| RICHARD W. FALLIN<br>c/o ALBRIGHT & LUMPKIN PC<br>13419 HOLLY PARK DR<br>HOUSTON, TX  77015 | $0.00 | PARTY REQUESTING NOTICE<br>COMM:  NOTICE ONLY |
| SOUTHWESTERN BELL BK DEPT<br>PO BOX 769<br>ARLINGTON, TX  76004 | $0.00 | PARTY REQUESTING NOTICE<br>COMM:  NOTICE ONLY |
| SPRINT<br>PO BOX 3827<br>ENGLEWOOD, CO  80155 | $0.00 | PARTY REQUESTING NOTICE<br>COMM:  NOTICE ONLY |
| OFFICE OF THE ATTORNEY GENERAL<br>6161 SAVOY DR STE 320<br>HOUSTON, TX  77036-3323 | $0.00 | PARTY REQUESTING NOTICE<br>COMM:  NOTICE ONLY |
| REVENUE ACCOUNTING DIVISION<br>BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN, TX  78711-3528 | $0.00 | PARTY REQUESTING NOTICE<br>COMM:  NOTICE ONLY |
| TEXAS WORK FORCE COMMISION<br>PO BOX 149352<br>AUSTIN, TX  78714 | $0.00 | PARTY REQUESTING NOTICE<br>COMM:  NOTICE ONLY |
| TRANSUNION<br>PO BOX 2000<br>CRUM LYNNE, PA  19022 | $0.00 | PARTY REQUESTING NOTICE<br>COMM:  NOTICE ONLY |

CASE NO.  20-34908-H1   Cedric Dwight Johnson

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| U.S. DEPARTMENT OF EDUCATION<br>PO BOX 530260<br>ATLANTA, GA  30350 | $0.00 | PARTY REQUESTING NOTICE<br><br>COMM:  NOTICE ONLY |
| US DEPARTMENT OF EDUCATION<br>PO BOX 7860<br>MADISON, WI  53707 | $0.00 | PARTY REQUESTING NOTICE<br><br>COMM:  NOTICE ONLY |
| STEVENS TRANSPORT<br>WILLIAMS RUSH  & ASSOCIATES LLC<br>4144 NORTH CENTRAL EXPRESSWAY # 945<br>DALLAS, TX  75204 | $0.00 | PARTY REQUESTING NOTICE<br><br>COMM:  NOTICE ONLY |
| WOODS OF WIMBLEDON SEC II<br>MAINTENANCE CORP PMB 235<br>4950 FM 1960 W #A-7<br>HOUSTON, TX  77069 | $0.00 | PARTY REQUESTING NOTICE<br><br>COMM:  NOTICE ONLY |
| HEATHERLOCH MUD<br>c/o L & S DISTRICT SERVICES LLC<br>PO BOX 170<br>TOMBALL, TX  77377 | $0.00 | NOT FILED |
| INTERNAL REVENUE SERVICE***<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $306.28 | SECURED CREDITOR<br>ACCT:  1317<br>COMM:  2012 TAXES |
| TOMBALL ISD<br>PO BOX 276<br>TOMBALL, TX  77377-0276 | $16.03 | TO BE PAID OUTSIDE THE PLAN<br>ACCT:  0 ULRICH RD<br>COMM: EST 2020 TAXES |
| HEATHERLOCH MUNICIPAL UTILITY DISTRICT<br>MELISSA E VALDEZ<br>1235 NORTH LOOP WEST SUITE 600<br>HOUSTON, TX  77008 | $0.00 | PARTY REQUESTING NOTICE<br><br>COMM:  NOTICE ONLY (CITY OF TOMBALL/KLEIN ISD) |
| DENNIS J ALBRIGHT<br>ATTORNEY AT LAW<br>13410 HOLLY PARK<br>HOUSTON, TX  77015 | $0.00 | PARTY REQUESTING NOTICE<br><br>COMM:  NOTICE ONLY (RFALLIN SERIES LLC) |
| KLEIN ISD<br>1235 NORTH LOOP WEST   SUITE 600<br>HOUSTON, TX  77008 | $5,013.86 | TO BE PAID OUTSIDE THE PLAN<br>ACCT:  5222 CHARNWICK CT<br>COMM:  EST 2020 TAXES |

CASE NO.  20-34908-H1   Cedric Dwight Johnson

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIVISION<br>PO BOX 13528<br>AUSTIN, TX  78711 | $1,811.08 | PRIORITY CREDITOR<br>ACCT:  5172<br>COMM:  SALES AND USE TAX -SPLIT CLM-SEE #58 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIVISION<br>PO BOX 13528<br>AUSTIN, TX  78711 | $730.48 | UNSECURED CREDITOR<br>ACCT:  5172<br>COMM:  SALES AND USE TAX-SPLIT CLM-SEE #57 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX  77253 | $0.00 | PARTY REQUESTING NOTICE<br><br>COMM:  NOTICE ONLY (HARRIS COUNTY) |
| WESTERN FUNDING INCORPORATED<br>4751 WILSHIRE BLVD, STE 100<br>LOS ANGELES, CA  90010 | $17,524.67 | TO BE PAID OUTSIDE THE PLAN<br>ACCT:  8795<br>COMM:  2012 PORSCHE PANAMERA (A/O CONDITIONING STAY DKT #58 - $1,866.24) |
| SUCCESS AUTO<br>6501 BELLFORT<br>HOUSTON, TX  77087 | $1,000.00 | FILED LATE<br><br>COMM:  1998 CHEVY 3500 SILVERADO-FILED LATE-PAYING PER PLAN-SEE CLM #18 |
| BURGER LAW FIRM<br>JOHN V. BURGER<br>4151 SOUTHWEST FRWY #680<br>HOUSTON, TX  77027 | $525.00 | ATTORNEY FEES<br><br>COMM: FFA S/O 10/8/20-POST FEE (#64-$275) (-CLM #65) (-CLM #67) |
| STEVENS TRANSPORT<br>WILLIAMS RUSH  & ASSOCIATES LLC<br>4144 NORTH CENTRAL EXPRESSWAY # 945<br>DALLAS, TX  75204 | $7,952.41 | FILED LATE<br>ACCT:  1317<br>COMM:  BREACH OF CONTRACT |
| BURGER LAW FIRM<br>JOHN V. BURGER<br>4151 SOUTHWEST FRWY #680<br>HOUSTON, TX  77027 | $275.00 | ATTORNEY FEES<br><br>COMM:  FFA S/ORDER 10/8/20; MTD DKT #50 |

CASE NO.  20-34908-H1   Cedric Dwight Johnson

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| BURGER LAW FIRM<br>JOHN V. BURGER<br>4151 SOUTHWEST FRWY #680<br>HOUSTON, TX  77027 | $425.00 | ATTORNEY FEES<br><br>COMM:  FFA S/O MRFS;DKT #53 (OKAY TO PAY PER TRUSTEE) |
| STEVENS TRANSPORT<br>WILLIAMS RUSH  & ASSOCIATES LLC<br>4144 NORTH CENTRAL EXPRESSWAY # 945<br>DALLAS, TX  75204 | $7,952.41 | WITHDRAWN<br>ACCT:  1856<br>COMM:  EDUCATIONAL LOAN - DUPLICATE FILED CLAIM - CREDITOR FILED W/D 7/30/21 DOC #63 |
| BURGER LAW FIRM<br>JOHN V. BURGER<br>4151 SOUTHWEST FRWY #680<br>HOUSTON, TX  77027 | $275.00 | ATTORNEY FEES<br><br>COMM:  FFA S/O 10/8/20; TMTD DKT #64 |
| BURGER LAW FIRM<br>JOHN V. BURGER<br>4151 SOUTHWEST FRWY #680<br>HOUSTON, TX  77027 | $800.00 | ATTORNEY FEES<br><br>COMM:  FFA S/O 10/8/20; MOTION TO MODIFY |
| BURGER LAW FIRM<br>JOHN V. BURGER<br>4151 SOUTHWEST FRWY #680<br>HOUSTON, TX  77027 | $550.00 | ATTORNEY FEES<br><br>COMM:  FFA ORD S/10/8/2020-FUTURE FEE MOD PLAN FILED 10/11/2021 |
| STATE OF TEXAS<br>OFFICE OF THE ATTORNEY GENERAL<br>6161 SAVOY, STE 320<br>HOUSTON, TX  77036 | $2,451.56 | PRIORITY CREDITOR<br><br>COMM:  MOD PLAN FILED 12/29/21 |
| HEATHERLOCH MUNICIPAL UTILITY DISTRICT<br>PO BOX 1368<br>FRIENDSWOOF, TX  77549 | $1,450.00 | SECURED CREDITOR<br>ACCT:  5222 CHARNWICK CT<br>COMM:  POST-PET DEBT (2021) MOD PLAN FILED 10/11/2021 |
| KLEIN ISD<br>1235 NORTH LOOP WEST   SUITE 600<br>HOUSTON, TX  77008 | $5,200.00 | SECURED CREDITOR<br>ACCT:  5222 CHARNWICK CT<br>COMM:  POST-PET DEBT (2021) MOD PLAN FILED 10/11/2021 |
| HARRIS COUNTY ET AL<br>PO BOX 3547<br>HOUSTON, TX  77253-3547 | $2,500.00 | SECURED CREDITOR<br>ACCT:  5222 CHARNWICK CT<br>COMM:  POST-PET DEBT (2021) MOD PLAN FILED 10/11/2021 |

CASE NO.  20-34908-H1   Cedric Dwight Johnson

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| RFALLIN SERIES LLC 4<br>9545 KATY FRWY, STE 450<br>HOUSTON, TX  77024 | $5,411.37 | MTG-AGREED ORDER AND/OR<br>OTHER COURT ORDERED PYMT<br>ACCT:  1317<br>COMM:  POST-PET ARREARS<br>MOD PLAN FILED 10/11/2021 |
| **TOTAL:** | **$228,484.99** | |

CASE NO.  20-34908-H1   Cedric Dwight Johnson

A NOTICE HAS BEEN SENT ON THIS DATE TO EACH CREDITOR SHOWN ABOVE, ADVISING EACH CREDITOR OF THE INFORMATION CONTAINED IN THIS NOTICE.  ALL CREDITORS HAVE BEEN ADVISED TO CONTACT THE TRUSTEE IF THE CREDITOR DISAGREES WITH THE INFORMATION CONTAINED ON THIS NOTICE.  A COPY OF THIS NOTICE HAS ALSO BEEN SENT TO THE DEBTOR, DEBTOR'S COUNSEL AND THE UNITED STATES TRUSTEE.

NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN REQUEST FOR HEARING IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT WITHIN TWENTY ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF, UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH REQUEST FOR HEARING.

IF NO HEARING ON THIS NOTICE IS TIMELY REQUESTED, THE TRUSTEE'S ACTION SHALL BE DEEMED TO BE UNOPPOSED PURSUANT TO 11 U.S.C. SEC. 101(1)(B).  IF YOU REQUEST A HEARING, YOU MUST SERVE A COPY OF YOUR REQUEST FOR HEARING ON THE TRUSTEE, THE DEBTOR, AND AFFECTED CREDITOR.

WHEREFORE, your Trustee prays that those claims which have been filed be deemed allowed as shown above for the purpose of distribution pursuant to the confirmed plan and other orders of this Court, and that any objection to claim not filed within twenty days after service hereof be barred .

DATED: January 11, 2022

/s./ David G. Peake

DAVID G. PEAKE, TRUSTEE
ADMISSIONS ID NO. 15679500
9660 HILLCROFT, STE 430
HOUSTON, TX  77096
(713)283-5400

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Chapter 13 Trustee's Notice of Intent to Pay Claims has been served on the listed parties by mailing a copy of same to the address listed above via first class mail January 13, 2022.

Electronically signed by
David G. Peake, Chapter 13 Trustee